**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Fredrena Shameka Cheley and Chrondric Maurice Ford,
Defendants,

Of whom Fredrena Shameka Cheley is the Appellant,

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000747

Appeal From Horry County
Timothy H. Pogue, Family Court Judge

Unpublished Opinion No. 2017-UP-446
Submitted October 27, 2017 – Filed November 27, 2017

**AFFIRMED**

Melanie Carol Nicholson, of Wright, Worley, Pope, Ekster & Moss, PLLC, of North Myrtle Beach, for Appellant.

Ernest Joseph Jarrett, of Jenkinson, Jarrett & Kellahan, PA, of Kingstree, for Respondent.

Ian Andrew Taylor, of the Taylor Law Office, of Georgetown, for the Guardian ad Litem.

---

**PER CURIAM:**  Fredrena Shameka Cheley appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Cheley's counsel.

**AFFIRMED.**[1]

**SHORT, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.